# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
OCT 22 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 3:20-MJ-2225
)
**CONTENTS UP TO $3,500 FROM CITIZENS NATIONAL** )
**BANK (CNB), ACCOUNT NUMBER 4228217, ACCOUNT** )
**NAME PEGGY ANGELINA BOONE** )

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the **Eastern** District of **Tennessee** is subject to forfeiture to the United States of America under **18** U.S.C. §§ 981(a)(1)(C), **and 28 U.S.C. § 2461**. *(describe the property):*

**Contents up to $3,500 from Citizens National Bank (CNB) account number 4228217, account name Peggy Anelina Boone, which is property that constitute proceeds that are directly traceable to violations of 18 U.S.C. §§ 1341 and/or 1343.**

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED:** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Drug Enforcement Administration with the current account balance.

The application is based on these facts:
**The Affidavit attached hereto and incorporated herein by reference sets forth probable cause for:**

Civil seizure of the property pursuant to 18 U.S.C. § 981(b) and criminal seizure pursuant to 21 U.S.C. § 853(e) and (f) by 18 U.S.C. § 982(b)(1). Civil forfeiture of the property pursuant to 18 U.S.C. § 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

☐ Continued on the attached sheet.

_____
*Applicant's signature*

Special Agent Matthew Short, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-15-2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*

Case 3:20-mj-02225-HBG   Document 1   Filed 10/22/20   Page 1 of 1   PageID #: 1